JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO JIMENEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity; DEPUTY LUIS CANO; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-08680-AB-JPR<br><br>Honorable André Birotte, Jr.<br><br>**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to the stipulation by and between Plaintiff Alvaro Jimenez and Defendants County of Los Angeles and Deputy Luis Cano, through their respective attorneys of record,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  July 29, 2021

_____
Honorable André Birotte Jr.
District Court Judge

1